UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNIE LEE BURTON,<br><br>                Plaintiff,<br><br>     v.<br><br>PAT GLEBE, ERIC JACKSON, KEVIN SHANAHAN, DAVID POE, TERA MCELRAVY, and THOMAS L. L'HEUREUX,<br><br>                Defendants. | CASE NO. C12-5104 RBL-KLS<br><br>ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE |

Plaintiff moves for an extension of the discovery deadline from November 16, 2012 to December 3, 2012. ECF No. 31. Defendants do not object to the extension. ECF No. 37.

Accordingly, it is **ORDERED:**

(1) The discovery deadline is extended until **December 3, 2012.** The dispositive motions and joint status report deadlines remain unchanged.

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

DATED this 6th day of November, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge