UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LONNIE L. BURTON,

                Plaintiff,

  v.

PAT GLEBE, ERIC JACKSON, KEVIN SHANAHAN, DAVID POE, TERA MCELRAVY, THOMAS L'HEUREUX,

                Defendants.

No. C12-5104 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss (ECF No. 27) is **Granted in part and Denied in part as follows:**

    (a) Defendants' motion to dismiss Plaintiff's retaliation claim is **GRANTED** and the retaliation claim is **dismissed without prejudice** for failure to exhaust;

    (b) Defendants' motion to dismiss Plaintiff's Eighth Amendment claim is **GRANTED** and the Eighth Amendment claim is **dismissed with prejudice;**

    (c) Defendants' motion to dismiss Plaintiff's due process claim and for qualified immunity is **DENIED.**

//
//
//

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 10th day of April, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2