UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNIE L. BURTON,<br><br>                Plaintiff,<br>   v.<br><br>PAT GLEBE, ERIC JACKSON, KEVIN SHANAHAN, DAVID POE, TERA MCELRAVY, THOMAS L'HEUREUX,<br><br>                Defendants. | No. C12-5104 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion to dismiss (ECF No. 27) is **Granted in part and Denied in part as follows:**

        (a)    Defendants' motion to dismiss Plaintiff's retaliation claim is **GRANTED** and the retaliation claim is **dismissed without prejudice** for failure to exhaust;

        (b)    Defendants' motion to dismiss Plaintiff's Eighth Amendment claim is **GRANTED** and the Eighth Amendment claim is **dismissed with prejudice;**

        (c)    Defendants' motion to dismiss Plaintiff's due process claim and for qualified immunity is **DENIED.**

//
//
//

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1
2
(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

3
**DATED** this 10th day of April, 2013.

4
5
6
7
                                      */s/ Ronald B. Leighton*
                                  RONALD B. LEIGHTON
                                  UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ADOPTING REPORT AND RECOMMENDATION- 2