UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LONNIE LEE BURTON,<br><br>                Plaintiff,<br><br>  v.<br><br>PAT GLEBE, ERIC JACKSON, KEVIN SHANAHAN, DAVID POE, TERA MCELRAVY, and THOMAS L. L'HEUREUX,<br><br>                Defendants. | No. C12-5104 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (ECF No. 53) is **GRANTED;** Plaintiff's claims are **dismissed with prejudice**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

**DATED** this 2nd day of August, 2013.

                      /s/ Ronald B. Leighton
                      RONALD B. LEIGHTON
                      UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1