UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LONNIE L. BURTON,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>PAT GLEBE; et al.,<br><br>    Defendants - Appellees. | No. 13-35782<br><br>D.C. No. 3:12-cv-05104-RBL<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered October 09, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

             FOR THE COURT:
             Molly C. Dwyer
             Clerk of Court

             Rhonda Roberts
             Deputy Clerk